IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SQUIRREL BRAND L.P., d/b/a THE SQUIRREL BRAND CO., | § § § | |
| Plaintiff, | § § | |
| V. | § § | CASE NO. 4:11-CV-670 Judge Clark/Judge Mazzant |
| KRAFT FOODS GLOBAL, INC. and KRAFT FOODS, INC., | § § § | |
| Defendant. | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 13, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that plaintiff's case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that plaintiff's case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

1

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **5** day of **June, 2012.**

_____
Ron Clark, United States District Judge